IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel<br>ILENE FARLEY<br><br>    Plaintiff,<br><br>v.<br><br>PROVIDENCE LEARNING CENTER<br>    Defendant. | :<br>:<br>:<br>:<br>:  1:03-cv-62 (WLS)<br>:<br>:<br>:<br>:<br>: |

## ORDER

Presently pending before the Court is Defendant Frank McCloskey's ("Defendant McCloskey") Motion to Transfer Venue from the Middle District of Georgia, Albany Division to the Northern District of Georgia, Atlanta Division. (Doc. 59).

For the following reasons, Defendant's Motion to Transfer Venue is **GRANTED**.

## DISCUSSION

Defendant McCloskey moves the Court pursuant to 28 U.S.C. § 1404(a) to transfer the instant case to the Northern District of Georgia. In pertinent part, Section 1404(a) permits this Court "for the convenience of parties and witnesses [and] in the interest of justice..[to] transfer any civil action to any other district or division where it might have been brought."

Plaintiff/Relator ("Plaintiff") brings the instant case pursuant to the False Claims Act ("FCA"), 31 U.S.C. 3729, *et. seq*. (Doc. 1). The venue provision of the FCA, 31 U.S.C. § 3732(a) provides in relevant part:

> Any action under section 3730 may be brought in any judicial district in which the defendant or, in the case of multiple defendants, *any one defendant* can be found, *resides*, *transacts business*, or in which any act proscribed by section 3729 occurred. (emphasis added).

Plaintiff named fourteen Defendants. It is uncontested that thirteen of the Defendants reside in the Northern District of Georgia. (Docs. 1, 60; *see also* Doc. 51). Plaintiff alleges that Defendant Charles Walker ("Defendant Walker") lives in Albany, Georgia, within the Middle District of Georgia. *Id*. Defendant Walker maintains that he resides in Fulton County, Georgia, within the Northern District of Georgia. (Docs. 59, 60, *see also* Doc. 51). Plaintiff also alleges

that Defendant Walker is a professor and maintains an office at Albany State University ("ASU"), located in the Middle District of Georgia, Albany Division; and that he transacted business related to the instant case from his University office.  (Doc. 59).   Defendants bring forth no contravening evidence that would suggest otherwise.  In fact,  Defendants fail to address the claim that Defendant Walker transacts business related to the instant case at ASU.  (*See* Doc. 60; *see also* Doc. 51).

At the least, Defendant Walker can be found to have transacted business in the Middle District of Georgia.  Pursuant to 31 U.S.C. § 3732(a), venue is proper in this District for the instant action.

A finding of proper venue does not conclude the Court's analysis of the instant motion.  Defendant seeks a Section 1404(a) transfer to the Northern District of Georgia "for the convenience of the parties [and] in the interest of justice."   As stated earlier, Plaintiff brought the instant case against fourteen Defendants, thirteen of which are undisputed residents of the Northern District of Georgia with minimal to negligible contacts to this District.   Necessary to the disposition of Plaintiff's case is access to documents and witnesses along with associated costs and expenses, the majority of which would be found in the Northern District of Georgia.  These considerations taken together with the Supreme Court's directive that "jury duty is a burden that ought not be imposed upon the people of a community which has [little to] no relation to the litigation," support a finding in favor of transferring the instant case to the Northern District of Georgia.  *See* Gulf Oil v. Gilbert, 330 U.S. 501, 508 (1947).   The Court so finds.

Therefore, pursuant to 28 U.S.C. § 1404(a), the Court **GRANTS** Defendant McCloskey's Motion to Transfer Venue from the Middle District of Georgia, Albany Division to the Northern District of Georgia, Atlanta Division. (Doc. 59).

**SO ORDERED**, this   18th   day of November, 2005.


     /s/W. Louis Sands     
**W. Louis Sands, Chief Judge**
**United States District Court**